UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Ivan Castillo
Isabel Cristina Duque Alvizu
Debtor(s) /

Case No.: 26-14952-SMG
Chapter 13

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, a true and correct copy of the **Notice of Objection to Claim** and **Notice of Hearing** was served to the following parties:

Electronically & Mailed:

Robin Weiner, Trustee
PO Box 559007
Fort Lauderdale, FL 33355-9007

First Class Mail:

Debtor(s), Ivan Castillo Isabel Cristina Duque Alvizu
11954 WASHINGTON ST
Pembroke Pines, FL 33025-5752

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud, MN 56302-9617

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 772813
Chicago, IL 60677-2813

JEFFERSON CAPITAL SYSTEMS LLC
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

JEFFERSON CAPITAL SYSTEMS LLC
c/o Pfohl, Matthew James
200 14th Ave E
Sartell, MN 56377

JEFFERSON CAPITAL SYSTEMS LLC
c/o Devondra Brooks, Bankruptcy Spec.
200 14th Avenue E
Sartell, MN 56377

Respectfully submitted:
July 15, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com